IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00581-AP

LAURIE L. GALLEGOS,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.**    **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:

Frederick W. Newall
730 N. Weber, #101
Colorado Springs, CO 80903
(719) 633-5211

<u>For Defendant</u>:

WILLIAM J. LEONE
Acting United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (facsimile)

By:    Debra J. Meachum
Special Assistant United States Attorney
Social Security Administration

1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-1570
(303) 844-0770 (facsimile)

**2.   STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.   DATES OF FILING OF RELEVANT PLEADINGS**

    A.   Date Complaint Was Filed:
    <u>**March 30, 2005**</u>

    B.   Date Complaint Was Served on U.S. Attorney's Office:
    <u>**April 6, 2005**</u>.

    C.   Date Answer and Administrative Record Were Filed:
    <u>**June 6, 2005.**</u>

**4.   STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

*[Provide concise statements regarding the completeness or accuracy of the administrative record.. Do not summarize the pleadings or make statements about the merits, or lack thereof, of the case or the defenses.]*

<u>**The parties, through counsel, state that the administrative record is complete and accurate.**</u>

**5.   STATEMENT REGARDING ADDITIONAL EVIDENCE**

*[Provide concise statements regarding any additional evidence either party has submitted or intends to submit. Do not summarize the pleadings or make statements about the merits, or lack thereof, of the case or the defenses.]*

<u>**The parties, through counsel, state they do not plan to submit additional evidence.**</u>

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

*[Provide concise statements regarding whether the case involves unusually complicated or out-of-the-ordinary claims, such as a constitutional challenge to a statute or regulation, an alleged due process violation, a request for injunctive or emergency relief, etc. It would be the unusual case that has any information in this section.]*

**The parties, through counsel, state they do not believe the case raises unusual claims or defenses.**

## 7. OTHER MATTERS

*[Describe any other matters either party believes should be brought to the attention of the Court].*

**The parties, through counsel, state they have no other matters to bring to the attention of the court.**

## 8. PROPOSED BRIEFING SCHEDULE

*[The plaintiff's opening brief should be due no later than 30-40 days from the filing of this Joint Case Management Plan; the response brief due 30 days thereafter; and the reply brief (if any) due 15 days thereafter.]*

    A.    Plaintiff's Opening Brief Due:    **AUGUST 4, 2005**

    B.    Defendant's Response Brief Due:    **SEPTEMBER 6, 2005.**

    C.    Plaintiff's Reply Brief (If Any) Due:    **SEPTEMBER 21, 2005**

## 9. STATEMENTS REGARDING ORAL ARGUMENT

*[The parties should state whether they request oral argument. If oral argument is requested, the requesting party(ies) should explain the need for oral argument. Even if oral argument is requested by one or both parties, it will be the decision of the Judge to whom the case is randomly drawn to determine whether there is a need for such argument.]*

    A.    **Plaintiff's Statement:**
           **Plaintiff does not request oral argument.**

    B.    **Defendant's Statement:**
           **Defendant does not request oral argument.**

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*[The parties should state whether they intend to consent to the exercise of jurisdiction by a magistrate judge in accordance with D.C.COLO.LCivR 72.2.  Pursuant to this Rule, all full-time magistrate judges in the District of Colorado are specially designated under 28 U.S.C. § 636(c)(1) to conduct any or all proceedings in any jury or nonjury civil matter and order the entry of judgment.  If all parties consent to the exercise of jurisdiction by a magistrate judge under D.C.COLO.LCivR 72.2, they must file a completed "notice of Availability . . . and Consent to Exercise Jurisdiction" form, which Plaintiff should have received from the clerk upon filing, NO LATER THAN 40 days after the date of Defendant's Answer, or within 20 days of the filing of the proposed Plan.  Upon consent of the parties and an order of reference from the district judge, jurisdiction over the ultimate disposition of this case will be assigned to the magistrate judge drawn at random under D.C.COLO.LCivR 72.2.]*

*Indicate below the parties' consent choice.*

**A.      ( X )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**B.      (   )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.     OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

        DATED:  June 24, 2005

BY THE COURT:

S/**John L. Kane**
U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

    s/Frederick W. Newall      6/24/05
    Frederick W. Newall        Date
    730 N. Weber, #101
    Colorado Springs, CO 80903

For Defendant:

    WILLIAM J. LEONE
    Acting United States Attorney
    1225 Seventeenth Street, Suite 700
    Denver, Colorado 80202
    (303) 454-0100
    (303) 454-0404 (facsimile)


    s/Debra J. Meachum      6/24/05
By:  Debra J. Meachum        Date
    Special Assistant United States Attorney
    Social Security Administration
    1961 Stout Street, Suite 1001A
    Denver, Colorado 80294
    (303) 844-1570
    (303) 844-0770 (facsimile)