IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **05-cv-581-AP**

**LAURIE L. GALLEGOS,**

    Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

    Defendant.

---

## ORDER

---

Kane, J.

This matter is before the Court on Defendant's Unopposed Motion to Remand, filed September 15, 2005.  This Court has reviewed the file and considered the motion.  It is hereby

**ORDERED** that the motion is **GRANTED**.  This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated: September 19, 2005

BY THE COURT:

S/**John L. Kane**
SENIOR JUDGE
UNITED STATES DISTRICT COURT