IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **05-cv-581-AP**

**LAURIE L. GALLEGOS**,

    Plaintiff,

v.

**JO ANNE B. BARNHART**, Commissioner of Social Security,

    Defendant.

# ORDER

Kane, J.

The Motion for EAJA Attorney Fees (doc. #16), filed December 15, 2005, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff , in care of Plaintiff's attorney, attorney fees in the amount of **$2,571.80**.

Dated at Denver, Colorado, this 15th day of December, 2005.

                BY THE COURT:

                **S/John L. Kane**
                JOHN L. KANE, SENIOR JUDGE
                UNITED STATES DISTRICT COURT